No. 505.  WOLCOFF ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Anna R. Lavin* for petitioners.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 506.  COMTEL CORP. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied. *George G. Tyler* for petitioners.  *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Crombie J. D. Garrett* and *Elmer J. Kelsey* for respondent.

No. 507.  BUCKLEY ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Julius Lucius Echeles* for petitioners.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 509.  IN RE STECKER.  C. A. 3d Cir.  Certiorari denied.  *M. Gene Haeberle* for petitioner.  *A. Morton Shapiro* for the State of New Jersey.

No. 512.  PIONEER PLASTICS CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 1st Cir.  Certiorari denied. *Vernon C. Stoneman* for petitioner.  *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 514.  McCARTY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Maria Louisa Green* for petitioner.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.